# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 11, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Thomas Alan Arthur
v. United States
No. 22-6519
(Your No. 21-50607)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 9, 2023 and placed on the docket January 11, 2023 as No. 22-6519.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst

